1   ALLEN B. GRODSKY (SBN 111064)
    ZACHARY ROTHENBERG (SBN215404)
2   GRODSKY & OLECKI LLP
    2001 Wilshire Blvd., Ste. 210
3   Santa Monica, California 90403
    310.315.3009 (phone)
4   310.315.1557 (fax)
    allen@grodsky-olecki.com
5   zachary@grodsky-olecki.com

6   Attorneys for Plaintiff and Counterdefendant
    Plushy Feely Corp. and Counterdefendant
7   Nina Rappaport-Rowan

8
                    UNITED STATES DISTRICT COURT
9
            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
    PLUSHY FEELY CORP., a California      )   Case No. CV 12 04119 JSC
12  Corporation,                          )
                                          )
13                         Plaintiffs,    )   Complaint Filed August 3, 2012
                                          )
14  v.                                    )   Before the Hon. Jacqueline S. Corley
                                          )
15                                        )
    RANDY GAUL, an individual,            )   **STIPULATION AND
16                                        )   [PROPOSED] ORDER
                           Defendant.     )   SELECTING ADR PROCESS**
17  _____  )

18

19          Counsel report that they have met and conferred regarding ADR and have

20  reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

21          The parties agree to participate in the following ADR process:

22          **Court Processes:**

23          ☐      Non-binding Arbitration (ADR L.R. 4)

24          ☐      Early Neutral Evaluation (ENE)   (ADR L.R. 5)

25          ■      Mediation (ADR L.R. 6)

26  *(Note: Parties who believe that an early settlement conference with a Magistrate*

27  *Judge is appreciably more likely to meet their needs than any other form of ADR must*

28  *participate in an ADR  phone conference and may not file this form.  They must*

                                    -1-          Stipulation re Selecting ADR Process

*instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☐    Private ADR *(please identify process and provider)*_____

_____

The parties agree to hold the ADR session by:

■    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐    other requested deadline

_____

Dated:   November 5, 2012          _____/Allen B. Grodsky/_____
                                    Attorney for Plaintiff and Counterdefendants

Dated:   November 7 , 2012
                                    Attorney for Defendant and Counterclaimant

**[PROPOSED] ORDER**

XⵉX    The parties' stipulation is adopted and IT IS SO ORDERED.

☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   November 8, 2012     _____

                              Hon. Jacqueline Scott Corley
                              United States Magistrate Judge