ALLEN B. GRODSKY (SBN 111064)
ZACHARY ROTHENBERG (SBN215404)
GRODSKY & OLECKI LLP
2001 Wilshire Blvd., Ste. 210
Santa Monica, California 90403
310.315.3009 (phone)
310.315.1557 (fax)
allen@grodsky-olecki.com
zachary@grodsky-olecki.com

Attorneys for Plaintiff and Counterdefendant
Plushy Feely Corp. and Counterdefendant
Nina Rappaport-Rowan

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUSHY FEELY CORP., a California Corporation,<br><br>  Plaintiffs,<br><br>v.<br><br>RANDY GAUL, an individual,<br><br>  Defendant. | Case No. CV 12 04119 JSC<br><br>Complaint Filed August 3, 2012<br><br>Before the Hon. Jacqueline S. Corley<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-binding Arbitration (ADR L.R. 4)

☐ Early Neutral Evaluation (ENE)  (ADR L.R. 5)

■ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR must participate in an ADR phone conference and may not file this form. They must*

*instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**

☐   Private ADR (*please identify process and provider*)_____

_____

The parties agree to hold the ADR session by:

■   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐   other requested deadline

_____

Dated:  November 5, 2012              /Allen B. Grodsky/
                                      Attorney for Plaintiff and Counterdefendants

Dated:  November 7, 2012              /s/ signature
                                      Attorney for Defendant and Counterclaimant

**[PROPOSED] ORDER**

X☒X   The parties' stipulation is adopted and IT IS SO ORDERED.

☐     The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:  November 8, 2012              Jacqueline S. Corley
                                      Hon. Jacqueline Scott Corley
                                      United States Magistrate Judge