1    JAMES A. LASSART (SBN 40913)
2    ADRIAN G. DRISCOLL (SBN 95468)
     SPENCER C. MARTINEZ (SBN 206337)
3    ROPERS, MAJESKI, KOHN & BENTLEY
     1001 Marshall Street, Suite 500
4    Redwood City, CA  94063-2052
     Telephone:    (650) 364-8200
5    Facsimile:    (650) 780-1701
     Email:        jlassart@rmkb.com
6                  adriscoll@rmkb.com
                   smartinez@rmkb.com
7
     Attorneys for Defendant and Counter-claimant
8    RANDY GAUL

9                        UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13   PLUSHY FEELY CORP., a California        CASE NO.  CV-12-04119-LHK (HRL)
     Corporation,
14                                           **STIPULATION TO CONTINUE CASE
                    Plaintiff,               MANAGEMENT CONFERENCE AND
15                                           MEDIATION-RELATED DATES;
            v.                               [PROPOSED] ORDER**
16
     RANDY GAUL, an individual,
17
                    Defendant.
18

19          The attorney at the law firm representing defendant and cross-claimant Randy Gaul who is

20   primarily responsible for the handling of this litigation (Spencer C. Martinez of Ropers, Majeski,

21   Kohn & Bentley) has been placed unexpectedly on medical leave and is not expected to be

22   available until March 1, 2013.  In light of this situation, the parties have agreed that good cause

23   exists for the continuance of upcoming hearings and deadlines in this case.

24          Accordingly, the parties jointly stipulate and request that (1) the Case Management

25   Conference currently set for February 20, 2013 be continued to a date convenient for the Court

26   after March 15, 2013 (two weeks after the expected date of Mr. Martinez's return to work); (2)

27   the deadline to hold the mediation be continued to May 15, 2013; and (3) the Mediation currently

28   set for March 14, 2013 be vacated and reset to a new date to be arranged by the Mediator and the

parties.

Dated: February 5, 2013

Respectfully submitted,

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ JAMES A. LASSART
JAMES A. LASSART
ADRIAN G. DRISCOLL
SPENCER C. MARTINEZ
Attorneys for Defendant and Counter-
claimant RANDY GAUL

Dated: February ___, 2013

GRODSKY & OLECKI LLP

By: /s/ ALLEN B. GRODSKY
ALLEN B. GRODSKY
Attorneys for Plaintiff and and Counter-
defendant PLUSHY FEELY CORP. and
Counter-defendant NINA RAPPAPORT-
ROWAN

## [PROPOSED] ORDER

The Court HEREBY ORDERS, pursuant to the above stipulation, that the Case

Management Conference currently set for February 20, 2013, is continued to

March 27 , 2013 at 2:00 .

The Court HEREBY FURTHER ORDERS, pursuant to the above stipulation, that the

deadline to hold the mediation is continued to May 15, 2013, and that the Mediation currently set

for March 14, 2013, is vacated and will be reset to a new date to be arranged by the Mediator and

the parties.

Dated: February 7 , 2013

*Lucy H. Koh*

HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND MEDIATION-RELATED DATES;
ORDER
CASE NO. CV-12-04119 LHK (HRL)