1  JAMES A. LASSART (SBN 40913)
2  ADRIAN G. DRISCOLL (SBN 95468)
   SPENCER C. MARTINEZ (SBN 206337)
3  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 500
4  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
5  Facsimile:    (650) 780-1701
   Email:        jlassart@rmkb.com
6                adriscoll@rmkb.com
                 smartinez@rmkb.com
7
   Attorneys for Defendant and Counter-claimant
8  RANDY GAUL

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13  PLUSHY FEELY CORP., a California          CASE NO.  CV-12-04119-LHK (HRL)
    Corporation,
14                                            **STIPULATION TO CONTINUE CASE
                   Plaintiff,                 MANAGEMENT CONFERENCE AND
15                                            MEDIATION-RELATED DATES;
          v.                                  [PROPOSED] ORDER**
16
    RANDY GAUL, an individual,
17
                   Defendant.
18

19        The attorney at the law firm representing defendant and cross-claimant Randy Gaul who is

20  primarily responsible for the handling of this litigation (Spencer C. Martinez of Ropers, Majeski,

21  Kohn & Bentley) has been placed unexpectedly on medical leave and is not expected to be

22  available until March 1, 2013.  In light of this situation, the parties have agreed that good cause

23  exists for the continuance of upcoming hearings and deadlines in this case.

24        Accordingly, the parties jointly stipulate and request that (1) the Case Management

25  Conference currently set for February 20, 2013 be continued to a date convenient for the Court

26  after March 15, 2013 (two weeks after the expected date of Mr. Martinez's return to work); (2)

27  the deadline to hold the mediation be continued to May 15, 2013; and (3) the Mediation currently

28  set for March 14, 2013 be vacated and reset to a new date to be arranged by the Mediator and the

parties.

Dated: February 5, 2013                    Respectfully submitted,

                                           ROPERS, MAJESKI, KOHN & BENTLEY


                                           By: /s/ JAMES A. LASSART
                                               JAMES A. LASSART
                                               ADRIAN G. DRISCOLL
                                               SPENCER C. MARTINEZ
                                               Attorneys for Defendant and Counter-
                                               claimant RANDY GAUL


Dated: February ___, 2013                  GRODSKY & OLECKI LLP


                                           By: /s/ ALLEN B. GRODSKY
                                               ALLEN B. GRODSKY
                                               Attorneys for Plaintiff and and Counter-
                                               defendant PLUSHY FEELY CORP. and
                                               Counter-defendant NINA RAPPAPORT-
                                               ROWAN

## [PROPOSED] ORDER

The Court HEREBY ORDERS, pursuant to the above stipulation, that the Case

Management Conference currently set for February 20, 2013, is continued to

__March 27_____, 2013 at __2:00_____.

The Court HEREBY FURTHER ORDERS, pursuant to the above stipulation, that the

deadline to hold the mediation is continued to May 15, 2013, and that the Mediation currently set

for March 14, 2013, is vacated and will be reset to a new date to be arranged by the Mediator and

the parties.

Dated: February _7_, 2013

                                           _Lucy H. Koh_____
                                           HON. LUCY H. KOH
                                           UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND MEDIATION-RELATED DATES;
ORDER
CASE NO. CV-12-04110 LHK (HRL)