ALLEN B. GRODSKY (SBN 111064)
ZACHARY ROTHENBERG (SBN 215404)
GRODSKY & OLECKI LLP
2001 Wilshire Blvd., Ste. 210
Santa Monica, California 90403
310.315.3009 (phone)
310.315.1557 (fax)
allen@grodsky-olecki.com
zachary@grodsky-olecki.com

Attorneys for Plaintiff and Counterdefendant
Plushy Feely Corp. and Counterdefendant
Nina Rappaport-Rowan

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUSHY FEELY CORP., a California Corporation, | Case No. CV 12 04119 LHK (HRL) |
| Plaintiffs, | Complaint Filed August 3, 2012 |
| v. | Before the Hon. Lucy H. Koh |
| RANDY GAUL, an individual, | **[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE** |
| Defendant. | |

Pursuant to the stipulation of counsel, this action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) and Rule 41(c) of the Federal Rules of Civil Procedure. The parties will bear their own attorney's fees and costs of suit.

The Clerk shall close the file.

Dated: May 28, 2013

*Lucy H. Koh*
United States District Judge